In the Matter of JULIUS A. HORWITZ, an Attorney, Respondent.

First Department, January 20, 1939.

*Einar Chrystie*, for the petitioner.

*Karl A. Blaustein*, for the respondent.

PER CURIAM. It has been conclusively established that the respondent has been guilty of the practice of accepting retainers, signed in blank, from two laymen whom he knew as " runners " engaged in the business of soliciting negligence cases for attorneys, and that he, either before or after the settlement or other disposition of said cases, paid money to the " runners " as compensation for said retainers. The respondent confessedly accepted thirteen such retainers, twelve of which were accepted between May, 1935, and September, 1936.

He should be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and UNTERMYER, JJ.

Respondent disbarred.